1  ROBERT J. WASSERMAN, Bar No. 258538
   rwasserman@mayallaw.com
2  JENNY D. BAYSINGER, Bar No. 251014
   jdennis@mayallaw.com
3  MAYALL HURLEY
   2453 Grand Canal Boulevard
4  Stockton, CA 95207-8253
   Telephone: 209.477.3833
5  Fax No. 209.473.4818

6  Attorneys for Plaintiff SHANTA DECKER

7  [Additional attorneys appear on the next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTA DECKER, individually and as proxy for the LWDA;<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATES CONSULTING SERVICES, LLC, a Delaware limited liability company; FUSION TECHNICAL SOLUTIONS, LLC, a Texas limited liability company; BLACK BOX GLOBAL NETWORK SERVICES, an entity of unknown form and origin; BLACK BOX NETWORK SERVICES, INC., a California corporation; TELDATA CORPORATION, dba BLACK BOX NETWORK SERVICES, a Tennessee corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-03216-KJM-DB<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE KIMBERLY J. MUELLER<br><br>**STIPULATION AND ORDER TO STAY MATTER PENDING MEDIATION**<br><br>Complaint Filed: November 2, 2018<br><br>Trial Date: None Set |

CHARLES A. SWARTZ, Bar No. 132229
cswartz@cornmanswartz.com
CORNMAN & SWARTZ
2603 Main Street, Suite 1170
Irvine, CA 92614
Telephone: 949.7669
Fax No.: 949.681.3504

Attorneys for Defendants ALLSTATES CONSULTING SERVICES, LLC and FUSION TECHNICAL SOLUTIONS, LLC

STEPHEN C. TEDESCO, Bar No. 130325
stedesco@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490

SIMERDIP KHANGURA, Bar No. 272525
skhangura@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: (916) 830-7200
Fax: (916) 561-0828

Attorneys for Defendants
MIDWEST COMMUNICATIONS TECHNOLOGIES, INC., successor of TELDATA CORPORATION, dba BLACK BOX NETWORK SERVICES; BLACK BOX CORPORATION OF PENNSYLVANIA; NORSTAN COMMUNICATIONS, INC. (sole member of NEXTIRA ONE, LLC, successor of BLACK BOX NETWORK SERVICES, INC., a California corporation) and incorrectly named as BLACK BOX GLOBAL NETWORK SERVICES

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

STIPULATION AND ORDER TO STAY MATTER PENDING MEDIATION

2

Case No. 2:18-cv-03216-KJM-DB

Pursuant to the Court's Minutes from the March 8, 2019, Status (Pretrial Scheduling Conference) Plaintiff SHANTA DECKER ("Plaintiff") and Defendants ALLSTATES CONSULTING SERVICES, LLC, a Delaware limited liability company and FUSION TECHNICAL SOLUTIONS, LLC, a Texas limited liability company (collectively "Allstates") and Defendants MIDWEST COMMUNICATIONS TECHNOLOGIES, INC., successor of TELDATA CORPORATION, dba BLACK BOX NETWORK SERVICES; BLACK BOX CORPORATION OF PENNSYLVANIA; NORSTAN COMMUNICATIONS, INC. (sole member of NEXTIRA ONE, LLC, successor of BLACK BOX NETWORK SERVICES, INC., a California corporation) and incorrectly named as BLACK BOX GLOBAL NETWORK SERVICES, (collectively ("BBox entities") (collectively the "Parties"), were to file, within 45 days, either a proposed resolution or a stipulation and proposed schedule for moving the case forward.

The Parties have met and conferred and stipulate as following:

WHEREAS, the Parties seek a stay of this matter to attend mediation;

WHEREAS, the Parties are in the process of selecting a mediator and scheduling a mediation and intend to complete the mediation process within 180 days;

WHEREAS, if the mediation is unsuccessful, the Parties will notify the Court promptly by filing a Joint Status Report within 14 days of a failed mediation;

WHEREAS, Plaintiff has agreed that if this matter does not resolve, she will stipulate to arbitration of her individual claims with Allstates and the BBox entities; and

WHEREAS, the Parties at this time disagree whether Plaintiff's Private Attorney General Act ("PAGA") claims will be subject to a stay while her individual claims proceed to arbitration if the mediation is unsuccessful. The Parties seeking to stay the PAGA claims will file their moving papers seeking a stay also within 14 days of a failed mediation.

THEREFORE, the Parties stipulate and agree, subject to the Court's approval, to stay all proceedings and formal discovery in this matter for 180 days or until the Parties have had the opportunity to participate in mediation, whichever is earlier. If mediation is unsuccessful, the Parties will file a Joint Status Report within 14 days of the failed mediation. If mediation is unsuccessful, Plaintiff will proceed with her individual claims in final and binding arbitration. If mediation is

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

STIPULATION AND ORDER TO STAY MATTER PENDING MEDIATION    3    Case No. 2:18-cv-03216-KJM-DB

unsuccessful, the Parties seeking to stay Plaintiff's PAGA claims, will file moving papers also within 14 days of a failed mediation. This stipulation will promote judicial economy and is in the interests of the Parties and the Court.

**IT IS SO STIPULATED.**

Dated: April 22, 2019  /s/ *Jenny D. Baysinger (Authorized on 4/22/19)*
ROBERT J. WASSERMAN
JENNY D. BAYSINGER
MAYALL HURLEY
Attorneys for Plaintiff
SHANTA DECKER

Dated: April 22, 2019  /s/ *Charles A. Swartz (Authorized on 4/22/19)*
CHARLES A. SWARTZ
CORNMAN & SWARTZ
Attorneys for Defendants ALLSTATES CONSULTING SERVICES, LLC and FUSION TECHNICAL SOLUTIONS, LLC

Dated: April 22, 2019  /s/ *Simerdip Khangura*
STEPHEN C. TEDESCO
SIMERDIP KHANGURA
LITTLER MENDELSON, P.C.
Attorneys for Defendants
MIDWEST COMMUNICATIONS TECHNOLOGIES, INC., successor of TELDATA CORPORATION, dba BLACK BOX NETWORK SERVICES; BLACK BOX CORPORATION OF PENNSYLVANIA; NORSTAN COMMUNICATIONS, INC. (sole member of NEXTIRA ONE, LLC, successor of BLACK BOX NETWORK SERVICES, INC., a California corporation) and incorrectly named as BLACK BOX GLOBAL NETWORK SERVICES

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

STIPULATION AND ORDER TO STAY MATTER PENDING MEDIATION   4   Case No. 2:18-cv-03216-KJM-DB

**ORDER**

Pursuant to the foregoing Stipulation, IT IS ORDERED that the matter is STAYED for 180 days and/or until the Parties have participated in mediation, whichever is earlier. If mediation is unsuccessful: (1) Plaintiff's individual claims will be subject to binding and final arbitration; (2) the Parties will file a Joint Status Report within 14 days of a failed mediation; and (3) to the extent any Party seeks to stay Plaintiff's PAGA claims, that Party(ies) will file moving papers with 14 days of a failed mediation.

IT IS SO ORDERED.

DATED: April 25, 2019.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

STIPULATION AND ORDER TO STAY MATTER PENDING MEDIATION 5 Case No. 2:18-cv-03216-KJM-DB