UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanta Decker, individually and as proxy for the LWDA,<br><br>Plaintiff,<br><br>v.<br><br>Allstates Consulting Services, LLC, et al.,<br><br>Defendants. | No. 2:18-cv-03216-KJM-DB<br><br>ORDER |

In light of the court's order approving the settlement, ECF No. 23, the request for a status conference at ECF No. 22 is **denied as moot**.

The court has reviewed counsel's supplemental declaration at ECF No. 24. The requested award of $2,000 in costs is **approved**.

IT IS SO ORDERED.

DATED: January 11, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1